Original

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

BenyeHudah Whitfield

(Enter above the full name of the plaintiff or plaintiffs in this action)

RECEIVED

OCT 07 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

vs.

Case No: 02C50387
(To be supplied by the Clerk of this Court)

Illinoise Department of Corrections, Gary Knop, Greg Morganthaler, Julius Flagg, John D. Cowan, Rick Sutton, Jerry L. Sternes, Nedra Chandler, Larry Jones, Tohmas Palmer, Mary Henry, Steve, Wennmaker, Dough Hoyle, Danny Segretto, L. McKeel, K. Pickeryne, Dean Blades, Dave E. Dyson, and Lt. Grossman, Lt. Humphery, C/O Penwarden

DOCKETED
OCT 0 7 2002

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

XXXXXX **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: BenyeHudah Whitfield

B. List all aliases:

C. Prisoner identification number: N-74277

D. Place of present confinement: Dixon Correctional Center (Dixon Psych.)

E. Address: 2600 N. Brinton Ave., Dixon Illinoiose 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Garry Knop

Title: Warden

Place of Employment: Pinckneyville Correctional Center

B. Defendant: Greg Morganthaler

Title: Assistant Warden of Operations

Place of Employment: Pinckneyville Correctional Center

C. Defendant: Julius Flagg

Title: Assistant Warden of Programs

Place of Employment: Pinckneville Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D **Defendant:** John D. Cowan

**Title:** Superintendant Cowan

**Place of Emloyment:** Pinckneyville Corr. Cntr.

E **Defendant:** Rick Sutton

**Title:** Chaplain Sutton

**Place of Emlpyment:** Pinckneyville Corr. Cntr.

F **Defendant:** Jerry L. Sterns

**Title:** Warden Sterns

**Place of Employment:** Dixon Psych. Unit

G **Defendant:** Nedra Chandler

**Title:** Ass. Warden Chandler

**Place of Employment:** Dixon Psych. Unit

H **Defendant:** Larry Jones

**Title:** Chaplain Jones

**Place of Employment:** Dixon Psych. Unit

I **Defendant:** Chaplain Palmer, Tohmas

**Title:** Chaplain Palmer

**Place of Employment:** Dixon Psych. Unit

J **DEFENDANT NAME:** Lt. L. McKeel

**TITLE:** Lieutenant

**PLACE OF EMPLOYMENT** Dixon Correctional Center

K **DEFENDANT:** Danny Segretto

**TITLE:** Dietary Supervisor

**PLACE OF EMPLOYMENT:** Dixon Correctional Center

L **DEFENDANT:** Steve Wenmaker

**TITLE:** Major

**PLACE OF EMPLOYMENT:** Dixon Correctional Center

M **DEFENDANT:** Mary Henry

**TITLE:** Superintendant

**PLACE OF EMPLOYMENT:** Dixon Correctional Center

N **DEFENDANT:** K. Pickeryne

**TITLE:** Counselor

**PLACE OF EMPLOYMENT:** Dixon Correctional Center

O DEFENDANT: Dave E. Dyson

TITLE: Grievance Officer

PLACE OF EMPLOYMENT: Pinckneyville Corrctional Center

P DEFENDANT: Dean Blades

TITLE: Grievance Officer

PLACE OF EMPLOYMENT: Pinkneyville Correctional Center

Q DEFENDANT: Lt. Grossman

TITLE: Lieutenant

PLACE OF EMPLOYMENT: Dixon Correctional Center

R DEFENDANT: Lt. Humphry

TITLE: Lieutenent

PLACE OF EMPLOYMENT: Dixon Correctional Center

S DEFENDANT: C/O Penwarden

TITLE: Correctional Officer

PLACE OF EMPLOYMENT: Dixon Correctional Center

## III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is **YES**:

1. What steps did you take?

After recieving a response from the the counselor, I fowarded the grievance to the Grievance Officer.

2. What was the result?

The grievance was denied.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I appealed the Grievance Officer's decision, by sending the grievance to the Administrative Review Board, which was the final stage for appeals.

D. If your answer is **NO**, explain why not:

E. Is the grievance procedure now completed? YES (XX) NO ( )

F. If there is no grievance procedure in the institution, did you complete to authorities? YES ( ) NO ( )

G. If your answer is **YES**:

1. What steps did you take?

After recieving a response from the Grievance Officer, I appeald the decision to the Administrative Review Board.

2. What was the result?

The grievance was denied.

H. If your answer is **NO**, explain why not:

**IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: I have No pending law Suits

B. Approximate date of filing lawsuit: ______

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______

D. List all defendants: ______

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______

F. Name of judge to whom case was assigned: ______

G. Basic claim made: ______

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______

H. Approximate date of disposition: ______

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

# STATEMENT OF CLAIM

Place of the occurrence Dixon and Pinckneyville Correctional Center.

Date of the occurrence Between Feb., 2002 and Sep., 2002

Witnesses to the occurrence None, at this time.

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

1 From Feb., 2002, untill Sep., 2002, my rights to receive a Religious Diet; attend Religious Services; to properly observe the Sabbath Day, and other hollidays, were violated, and I was once forced to leave the Chow Hall, without eating, because I would not accept a tray that had chicken on it, which my Religious Faith forbids me to eat, or to come in contact with foods which I am not forbidden to eat, and I was denied the assistance I required to contact a Religious Leader, of my faith, who would varify my membership in the Religious Group in question, so that my Religious Rights would be recognized. Thus, the following defendants violated my First, Eighth, and Fourteenth Amendment Rights: Garry Knop, Greg Morganthaler, Julius Flagg, John D. Cowan, Rick Sutton, Nedra Chandler, Mary Henry, Steve Wenmaker, Larry Jones, Tohmas Palmer, J. McKeel, Danny Segretto, K. Pickerney, Mr. Grossman, Mr. Blades, Mr. Dyson, and Mr. Hoyle.

2 From Feb., 2002, untill Sep., 2002, my First Amendment Rights to file Grievances, to Freedom of Speech (by means of a Hunger Strike) were violated, when the defendants of this count retaliated against me for exercising the above rights, by denying me the right to practice my religion; seizing my Correspondence Box; forcing me to sleep on an object, which exaserbated body pains and injureis I had sustained as a result of the Hunger Strike I was on; and forcing me to walk over 100 yards, while I was in a very weaken state, due to the Hunger Strike I had been on (and was still on at the time) for approximately 23 days. Thus, the defendants of this count violated my First, Fourth, Eighth, and Fourteenth Amendment Rights, and they are as followed: Mr. Knop, Mr. Morganthaler, Mr. flagg, Mr. Cowan, Mr. Sutton, Mr. Dyson, Mr. Blades, Mr. Mr. Sternes, Mrs. Chandler, Mrs. Henry, Mr. Wenmaker, Mr. Jones, Mr. Palmer, Mr. Hoyle, Mr. Grossman, Mr. Penwarden, Mr. Humphery, and an unknown nurse.

The following defendants are being named in their Individual and Official Capacities: Mr. Knop, Mr. Morganthaler, Mr. Flagg, Mr. Cowan, Mr. Sutton, Mr. Sternes, Mrs. Chandler, Mrs. Henry, Mr. Dyson, MR. Blades, Mr. Hoyle, and Mr. Jones.

The following remaining defendants are only being named in their Official Capacities, but only untill the Grievances I've filed against them has been fully exhausted:

Mr. Palmer, Mr. McKeel, Mr. Segretto, Mr. Grossman, Mr. Humphery, Mr. Penwarden, and Mrs. Pickerney.

As for the defendants I have not provided the full names of, I was unable to ascertain their full names, despite all my efforts, but I hope to ascertaine their full names before or during the Discovery phase.

## VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be placed on a Religious Diet, that is consistent with my religious belief, and I would like to remain on the diet throughout the duration of my prison term. I would like to practice my religion as freely as any other inmate in the Illinoise Department of Corrections. For Count #1 of this complaint, I am seeking $1,250,000.00 in Compensitory Damages, for the Physical, Emotional and Psychological pain I sufferred, and I am sekking $1,250, 000.00 in Punitive Damages. For Count #2 of this Complaint , I am seeking $1,250,000.00 in Compensitory Damages, for the Physical, Emotional and Psychological pain I sufferred, and I'm seeking $1,250,000.00 in Punitive Damages.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 3rd day of OCT, 2002

Beneyahudah Whitfield
(Signature of plaintiff or plaintiffs)

BeneyeHudah Whitfield
(Print name)

N74277
(I.D. Number)

2600 N. Brinton Ave.
Dixon Ill. 61021
(Address)

**Illinois Department of Corrections**

**George H. Ryan**
Governor

**Donald N. Snyder, Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

August 23, 2002

Ben Whitfield
Register No. N74277
Dixon Correctional Center

Dear Mr. Whitfield:

This is in response to your grievance received on July 30, 2002, regarding religion (request for religious diet), which was alleged to have occurred at Dixon Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated June 25, 2002 and approval by the Chief Administrative Officer on June 25, 2002 have been reviewed.

This office contacted the Dixon Correctional Center for additional information regarding the inmate's request. On May 25, 2002, the Chaplain sent Inmate Whitfield a letter requesting additional information regarding his request in accordance with DR425. To date, Inmate Whitfield has not responded to the request.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: Terri Anderson
Terri Anderson
Administrative Review Board
Office of Inmate Issues

CONCURRED: Donald N. Snyder, Jr.
Donald N. Snyder, Jr.
Director

cc: Warden Jerry Sternes, Dixon Correctional Center
Ben Whitfield, Register No. N74277
Chron. File

**Illinois Department of Corrections**

**George H. Ryan**
Governor

**Donald N. Snyder, Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

July 5, 2002

Ben Whitfield
Register No. N74277
Dixon Correctional Center

Dear Mr. Whitfield:

This is in response to your grievance received on May 28, 2002, regarding religion (religious diet denial), which was alleged to have occurred at Pinckneyville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report and subsequent recommendation dated April 18, 2002 and approval by the Chief Administrative Officer on April 23, 2002 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: Nancy S. Tucker
Nancy S. Tucker
Administrative Review Board
Office of Inmate Issues

CONCURRED: Donald N. Snyder, Jr.
Donald N. Snyder, Jr.
Director

cc: Warden Jerry Sternes, Dixon Correctional Center
Ben Whitfield, Register No. N74277
Chron. File

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**George H. Ryan**
Governor

**Donald N. Snyder, Jr.**
Director

Dixon Correctional Center / 2600 North Brinton Avenue / Dixon, IL 61021 / Telephone: (815) 288-5561
TDD: (800) 526-0844

44

Date: May 25, 2001

To: BenyeHudah Whitefield – N74277
DPU-XA-44

From: Chaplain Larry Jones

Subject: Religious Diet Requests

In reference to your request, after a careful review please be advised that your request cannot be approved at this time. In order to further process your request, in accordance to DR 425.70, I must receive the following:

- **Written verification from outside leaders that you are a member of a faith group that requires adherence to a particular diet and the specific requirements of the diet.**
- The names, addresses, and telephone numbers of the outside leaders of the faith.

I trust this has been responsive to your request.

Larry Jones

Chaplain Larry Jones

Cc: Warden Sternes AW Utley AW Chandler Supt. Henry
Major Meyer Major Wennmaker Dietary
Chaplaincy File

Chaplain – I/Religious Diets/Witefield – N74277 - 052902

**Date:** September 3, 2002

**To:** **Inmate:** Whitefield, B. N74277 Hu 33-29

**Subject: Inmate Request Slip Response**

In reference to your written request, after a careful review, please be advised that the **Rosh Hashanah** observance will begin at 6:30 p.m. (Sundown) on September 6th and will conclude at 6:30 p.m. on September 8th. On September 7th and 8th from 8:30 a.m. to 9:30 a.m., you will meet in building - #118 classroom for a special prayer service.

**Yom Kippur observance:** On September 16th at 7:00 p.m., you will arrive at building #138 (South dining Room) to receive your evening meal and participate in prayer service. In the event of escort movement, you will be escorted by a security staff from your housing unit to Building #138. In the event of normal movement, Chaplaincy Staff or Dietary Control Officer will have the armory to announce the service. At 7:30 p.m., you will receive your Kosher meal. At 8:00 p.m., you will be escorted from building #138 to your housing unit.

Larry Jones
Larry Jones, Senior Chaplain
Dixon Correctional Center

Cc: Assistant Warden of Programs
Chaplains (2)
Chaplaincy File

Chaplain Jones/Misc./Inmate Request Slip Response - 2002

**Date:**

**To:** **Inmate:** Benyehudah Whitefield N74277 DPU-D-09

**Subject:** **Inmate Request Slip Response**

In reference to your written request, after a careful review, please be advised that
Your name has been placed on the list for Jewish service.

Larry Jones, Senior Chaplain
Dixon Correctional Center

Cc: Assistant Warden of Programs
Chaplains (2)
Chaplaincy File

Chaplain Jones/Misc./Inmate Request Slip Response - 2002