FILED-WD
2003 JAN -7 AM 11:50
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

BenYeHudah Whitfield

(Enter above the full name of the plaintiff or plainffifs in this action)

vs.

Illinoise Department of Corrections, Terri Anderson, Nedra Chandler, Dr. Clark, John Cowan, Dave Dyson, Carrie Farr, Julius Flagg, Jan Freil, [redacted] Graclia Brammer, Lt. Grossman, Rajendra Gupta, Mary Henry, Dough Hoyle, Larry Jones, Stephen King, Gary Knop, D. Little, Melvin Martin, Mary McIntosh, Lt. McKeel, Dr. Mitchell, Kent Mitchell, Leo Montgomery, Jeannette Moore, Greg MorganThaler, Tohmas Palmer, John Penwarden, K. Pickering, Michael Pritchard, ClO Reiner, Dan Segretteo, C. Shaw, Rick Sutton, Allen Vance, Steve Wenmaker, Casandra Wright, Lt. McCarty, Sgt. Perry, Wexford Health Sources, Health Professional Limited, Linda Fritts, Donald Snider, and Lt. Humphry

(Enter above the full name of the defendants in this action)

Amended

CASE NO. 02 C 50387
(To be supplied by the Clerk)

Judge: Reinhard

AMENDED COMPLAINT

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S.C.

I. Previous Lawsuits:

A. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( )

B. If your answer is yes, did any of these lawsuits deal with the same facts involved in this action or otherwise relate to your claim? YES ( ) NO ( )

C. If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of piece of paper, using the same outline)

9

1. Parties to this previous lawsuit:

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

2. Court (if federal court, name the district: if state court, name the county:

______________________________

3. Docket number: ______________________________

4. Judge's name to whom case was assigned: ______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? ______________________________

______________________________

______________________________

6. Approximate date of filing lawsuit: ______________________________

7. Approximate date of disposition: ______________________________

II. Place of present confinement: Dixon Correctional Center

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. If the facts in your complaint relate to your imprisonment, did you use the prisoner grievance procedure to seek relief? YES (✓) NO ( )

C. If your answer is YES: 1. What steps did you take? I Filed a Number of Grievance on The institutional level, and I went on To exhaust Them by Sending Them To The Administrative Review Board (ARB)

2. What was the result? The ARB answered Some, but Fail To answer Others

______________________________

D. If your answer is NO, explain why not: ______________________

______________________________________________

______________________________________________

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff BenYeHudah WhitField

Address 2600 N. Brinton Ave. Dixon, Ill. 61021

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant Terri Anderson is employed as ARB member

at Illinoise Department Of Corrections, 1301 Concordia Court, Springfield Ill. 62794

C. Additional Defendants: Graclia Grammer; is employed as a Dental Specialist, at Western Illinoise Correctional Center. For The remaining defendants, See Pages 3A-3B

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persions involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

The Following defendants Of This Count (Count #1), On The Folloing dates, Violated my First Amendmen And Fourteenth Amendment in The Various Following Ways: Defendants G. Knop, G. Morganthaler, Julius Flagg, John Cowan, Rick Sutton, Dave Dyson, Jerry Sternes, Dough Hoyle, Nedra Chandler, Larry Jones, Nancy Tucker, Dean Blades, [illegible] Mary Henry, Steve Wenmaker, Jan

Defendant: Dean Blades.
Title: Grievance Officer.
Place Of Employment: Western Illinoise Correctional Center.

Defendant: Nedra Chandler.
Title: Assistant Warden.
Place Of Employment: Dixon Correctional Center.

√ Defendant: Dr. Clark.
Title: Dental Specialist.
Place Of Employment: Pinckneyvill Correctional Center.

Defendant: John Cowan.
Title: Superintendant.
Place Of Employment: Pinckneyville Correctional Center.

Defendant: Dave Dyson.
Title: Grievance Officer.
Place Of Employment: Pinckneyville Correctional Center.

Defendant: Carri Farr.
Title: Mental Health Specialist.
Place Of Employment: Pinckneyville Correctional Center.

Defendant: Julius Flagg.
Title: Assistant Warden.
Place Of Employment: Pinckneyville Correctional Center.

√ Defendant: Jan Freil.
Title: Dietary Supervisor.
Place Of Employment: Dixon Correctional Center.

√ Defendant: Linda Fritts.
Title: Correctional Counselor.
Place Of Employment: Pinkneyville Correctional Center.

Defendant: Lt. Grossman.
Title: Lieutenant.
Place Of Employment: Dixon Correctional Center.

√ Defendant: Rajendra Gupta.
Title: Psychiatrist.
Place Of Employment: Pinckneyville Correctional Center.

Defendant: Mary Henry.
Title: Superintendant.
Place Of Employment: Dixon Correctional Center.

Defendant: Dough Hoyle.
Title: Grievance Officer.
Place of Employment: Dixon Correctional Center.

Defendant: Larry Jones.
Title: Head Chaplain.
Place Of Employment: Dixon Correctional Center.

√ Defendant: Stephen King.
Title: Captain.
Place Of Employment: Western Illinoise Correctional Center.

Defendant: Gary Knop
Title: ~~Pinckneyville Correctional Center~~ Warden.
Place Of Employment: Pinckneyville Correctional Center.

√ Defendant: D. Little
Title: Nurse
Place Of Employment: Pinckneyville Correctional Center.

√ Defendant: Melvin Martin.
Title: Dental Specialist.
Place Of Employment: Western Illinoise Correctional Center.

√ Defendant: Lt. McCarty.
Title: Lieutenant.
Place Of Employment: Dixon Correctional Center.

√ Defendant: Mary McIntosh.
Title: Dentist Assistant.
Place Of Employment: Pinckneyville Correctional Center.

Defendant: Lt. McKeel.
Title: Lieutenant.
Place Of Employment: Dixon Correctional Center.

✓ Defendant: Dr. Mitchell.
Title: Dental Specialist.
Place of Employment: Pinckneyville Correctional Center.

✓ Defendant: Kent Mitchell.
Title: Lieutenant.
Place of Employment: Western Illinoise Correctional Center.

✓ Defendant: Leo Montgomery.
Title: Correctional Officer.
Place of Employment: Western Illinoise Correctional Center.

✓ Defendant: Jeanntte Moore.
Title: Correctional Counselor.
Place of Employment: Pinckneyville Correctional Center.

Defendant: Greg Morganthaler.
Title: Assistant Warden.
Place of Employment: Pinckneyville Correctional Center.

Defendant: Tohmas Palmer.
Title: Chaplain.
Place of Employment: Dixon Correctional Center.

Defendant: John Penwarden.
Title: Correctional Officer.
Place of Employment: Dixon Correctional Center.

✓ Defendant: Sgnt. Perry.
Title: Sergeant.
Place Of Employment: Dixon Correctional Center.

Defendant: K. Pickering. Pickeryne *
Title: Correctional Counselor.
Place Of Employment: Dixon Correctional Center.

✓ Defendant: Michael Pritchard.
Title: Lieutenant.
Place Of Employment: Western Illinoise Correctional Center.

✓ Defendant: C/O Reiner.
Title: Correctional Officer.
Place Of Employment: Western Illinoise Correctional Center.

✓ Defendant: Robert Scholtz.
Title: Dental Specialist.
Place Of Employment: Western Illinoise Correctional Center.

Defendant: Danny Segretteo.
Title: Dietary Supervisor.
Place of Employment: Dixon Correctional Center.

✓ Defendant: C. Shaw.
Title: Nurse.
Place Of Employment: Western Illinoise Correctional Center.

Defendant: Rick Sutton.
Title: Head Chaplain.
Place Of Employment: Pinckneyville Correctional Center.

✓ Defendant: Allen Vance.
Title: Correctional Officer.
Place Of Employment: Western Illinoise Correctional Center.

Defendant: Steve Wenmaker.
Title: Major.
Place Of Employment: Dixon Correctional Center.

✓ Defendant: Casandra Wright.
Title: Captain.
Place Of Employment: Western Illinoise Correctional Center.

✓ Defendant: Health Professional Limited.
Title: Health Care Service or Provider.
Place Of Employment: either Western or Pinckneyville.

Defendant: Illinoise Department Of Corrections.
Title: Corrections.
Place Of Employment: 1301 Concordia Court Springfield Ill. 62794.

✓ Defendant: Wexford Health Sources.
Title: Healcare Service or Provider.
Place Of Employment: either Western or Pinckneyville.

Defendant: Donald Snider
Title: Director
Place Of Employment: 1301 Concordia Court, Springfield, Ill 62794

Defendant: Lieutenant Humphry
Title: Lieutenant
Place Of Employment: Dixon Correctional Center

Defendant: ______
Title: ______
Place Of Employment: ______

Defendant: ______
Title: ______
Place Of Employment: ______

Defendant: ______
Title: ______
Place Of Employment: ______

Defendant: ______
Title: ______
Place Of Employment: ______

Defendant: ______
Title: ______
Place Of Employment: ______

# Statement of Claim



In regards to the infringement of my Constitutional rights by the defendants who are employed at Pinckneyville, they are as followed: From Febuary, 2002, untill I was transfered from Pinckneyville, Defendants Knop, Morganthaler, Flagg, Cowan, and Sutton violated my First Amendment right by denying my request for a religious diet, or showed diliberate indifference to the violation. Furthermore, while protesting the infringement of the above right, by going on a Hunger Strike on March 25, 2002, Defendant Flagg, on April 2, 2002, confiscated my legal, reading and writing materials and only permitted me to possess a Bible; in effort to force me off my Hunger Strike. And, around my 20th day of going without food, and drinking very little water, I asked defendant Flagg to authorize me to have a standard, correctional matress, because the object I was being forced to sleep on was either causing or exacerbating severe pain in the mid. and upper parts of my body. However, defendant Flagg denied my request and said I would be provided a standard matress if and when I ended my Hunger Strike. On Apri. 16, 2002, while still on my Hunger Strike and experiencing enormous pain and weakness in my body, a Nurs's Supervisor forced me to walk over 100 yards, to go before the Administrative Review Board (from this point on, ARB), to hear a Grievance, and this was done despite my complaint and request for a wheel chair.

I ask That The Court permit me To Amend and include in This Complaint These Following Eighth Amendment Violations: From Feb., Untill Mrch., 2002, defendants Mitchell, Farr, Gupta, Fritts and Moore ignored my requests For dental and mental health Treatment, dispite my Complaints OF Severe Tooth pain and Frenquent Anxiety Attacks. On Mrch 9, 2002, I Wrote a Grievance regarding The Matter and Sent it directly To The Administrative Revie Board (From This point on, ARB), and defendant Anderson Sent The Grievance back, along With a Memo, Which Stated I Needed To Contact my Correctional Counselor and provide a Grievance Officer's report, Wrather Than defer The Matter To The appropriate authority, in effort To get The Treatment I Needed. On Mrch 18, 2002, I had my Wisdom Tooth Surgically extracted, and Was Suppose To receive pain Medicine before The Numbing agent, Which Was used during The extraction, had Worn off, or began To Wear off, Which Was approx 10:00 A.M. However, I Was Not given any pain Medicine Untill approx. 9:30 P.M., So I Was Forced To go Nearly 12 hrs. Without pain Medicatition, immediatly Following The Surgical extraction OF My Wisdom Tooth. Atleast Three (3) Nurses, at Three different Time periods, escorted by Correctional Officers, Walked past my Cell, and I informed Them OF The Matter and Notified Them OF The extream agony I Was

experiencing, but niether the nurses or the correctional officers who were escorting the nurses saught to get me medical attention, and on Mrch 19, 2002, I filed a grievance on the matter. On Aprl 16, 2002, while I was experiencing an anxiety attack, defendant Little, nor anyone else in the Health Care Unit, came to offer me any medical treatment or assistance, despite the fact that I had been pushing my emergency call button for a considerable ammount of time. Defendant Little just walked back and forth in front of my cell, with my medication in her hand, but wrather than medicate me, she chose to serve the inmates next door to me their breakfast trays.

In regards to the infringement of my constitutional rights by the defendant who are employed at Dixon, I state the following: When I was transferred from Pinckneyville to Dixon, I began to write defendant Jones, requesting, among other things, to be placed on a religious diet. Between Aprl 26, 2002 and May 19, 2002, I had written and spoken to him four (4) times regarding this matter, but never received a decisive response, so on May 19, 2002, I filed a grievance against him. On May 21, 2002, I went to the Admission Review Board, to determine the status of my placement at Dixon, and defendant Henry was a member of the board, along with Dr. ~~Weif~~ Weiner, the

head OF The Mental Health Department, OF Dixon, And Mr. Eubanks, The head OF The Clinical Service Dept. During The hearing, The issue OF all The Grievances I had Filed, including a Few in Dixon, was addressed, as well as a document I had previously Filed, ON May 9, 2002, With The Court OF Claims, which informed The Court OF my intent To File The Claim regarding The lack OF Care I had received regarding my dental problems. Defendant Henry Ordered me To Stop persueing my Grievance issues and my Claim, and Warned me That if I did NOT, She would Send me back To Pinckneyville. The issue OF my endeavors To be placed on a religious diet was also addressed, and defendant Henry, along with Dr. Weiner, Said That I would be placed ON The diet within a Couple OF weeks, but, again, defendant Henry emphasized That I Stop persueing my legal issues and grievances. However, I disobeyed her order and, ON or around May 26, 2002, after receiving a response From my Counselor ON The Grievance I Filed against Chaplain Jones and NOT agreeing with The Counselors response, I Forwarded The Grievance To Defendant Hoyle, and a day or so later, I received a letter From Chaplain Jones, Stating my request For a religious diet was being denied. Eventualy, My Grievance regarding The religious diet was also denied, by defendant Hoyle, and defendant Sternes Concurred with Hoyle's opinion, and defendant

Snider and Anderson, ON Aug. 23, 2002, Concurred With defendans' Hoyle and Sternes decision. Also, ON July 5, 2002, defendant Snider and Tucker Concurred With defendant' Blade and Knop decision To deny my request For a religious diet, in a Grievance I Filed ON March 26, 2002. Defendant Pickering refused To help me Contact a religious leader OF my Faith, Who Could Confirm my Membership in The African Hebrew Isrealite Nation, So my request For a religious diet Could be approved. ON Sep. 15, 2002, defendant PenWarden denied my request For a Shower, in preperation For The Observance OF ONE OF The African Hebrew Isrealite's most Sacred hollidays, Day OF Attonement, and his decision To do so Was approved OF by defendant Humphry. ON Oct. 5, 2002, defendants Perry and McCarty denied me a Shower, due To The Fact That I had To Take my Shower after Sun Set, due To a religious law. Around June, 21, 2002, defendant Mckeel ordered Me To Leave, and I was NOT allowed To eat Dinner, because I Would NOT accept a dinner Tray ON Which Food items I Was Forbidden To eat Came in direct Contact With The Food items I Was permitted To eat. Defendants Freil and Segretteo, Who are both Dietary Supervisors, denied my requests To Permit The Dietary Workers To Substitute Food items Forbidden For me To eat For extra vegetables or other Food items I Was Permitted To eat. Defendant Chandler, Whom I've spoken To Twice about my religious rights being violated, Showed deliberate

To my rights being violated. Twice, while in The Dining Room, I've asked defendant Wenmaker To instruct The Dietary Supervisors To respect my religious right/diet, but he refused To do so. SomeTime in June of 2002, I asked defendant Henry To permit me To Take a Few slices of bread back To my housing Unit, From The Dining Room, So I Could Make me Some Peanut butter Sandwitche, because The lunch or dinner we were being served Consisted of only a very small amount of Food I was permitted To eat. On June, 29, 2002, due, in part, To defendant Palmer's refusal To advise defendant Grossman regarding one of my religious practices, defendant Grossman Forced me To empty my lunch out of its Tray and on To a piece of paper, because he did not want me To keep a Tray in my Cell, but my religion prohibited me From eating, That day, untill after Sun Set. My rights and efforts To attend religious services and observe religious hollidays have also been Twarted, by Staff, by un-written or unofficial and unconstitutional rules.

In regards To The infringement of my right To practice my religion, all defendants I've named violated This right or showed deliberate indifference To my right being violated. I am also Charging These defendants with Conspiring To Violate my Constitutional rights, reckless endangerment, and Intentional Infliction of Emotional Distress.

I ask That The Court also permit me To amend and include in my Complaint The Following Claime:

Staff members at Western and Dixon Violated my First an Eighth amendment, Substantive and Proceedural Due Process rights, by placing me and/or leaving me in Cells With Smokers, against my will, despite The Complaint I made To Them OF The physical Complications I was experiencing as a result OF inhaling Second-hand Smoke, and did so because OF Verbal and Written protests, Grievances or Complaints I made against Staff misconduct. The defendats are: Wright, King, Mitchell, Pritchard, Vance, Reiner, Montgomery, an unknown defendant at Western, Who Worked in The Placement Office, Humphrey, Henry, McCarty and Shaw, but defendant Shaw is not being Charged With retaliating against me, but She did Show deliberate indifference by not advising The proper authorities about my Situation. The above defendants are also being accused OF Reckless Endangerment, Gross Negligence, Intentional Infliction OF Emotional Distress and Conspiracy.

The only defendants being Named in both Their Individual and Offical Capacities are Snider, Knop, Flagg, Sutton, Gupta, Little, Martin, Scholtz, Wright, Henry, Jones, and Sternes. The remaining defendants are only being Named in Their Official Capacities, Pending Discovery.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I Would like To be placed ON a religiou diet, That is CONSISTENT With My religious beliefs, and allowed To practice My religion as Freely as The CONSTITUTION allowes Me To, While in The Illinoise Department OF Corrections. I Would like The damage Which has been done in regards To my Teeth repaired With Faulse Teeth, NOT dentures. During The remainder OF My Time in The Illinoise Department OF Corrections, I Would like To be placed in Cell With ONLY NON-Smokers. Since I will be proceeding With This Claim Pro Se, and have been granted Forma Pauperis, I am requesting That The Court declare me To be an indigent and order Whatever INSTITUTION I am in To Treat me accordinly, When it becomes Necessary To have document related To This Claim Copied, Sent To The Court and Sent To The defendants. I am requesting That The Illinoise Department OF Corrections, upon my release, pay The COST OF any Psychological Therapy To repair The Mental, emotional and/or psychological damage I've sustained, due To The defendants Violation, For as long as Necessary. I am Seeking $10.000,000.00 in Compensatory and punitive damage For The violation OF my rights, and For The Mental, Emotional and Psychological Suffering I've been Forced To endure, and For The physical agony as well. Also, in The event That I Secure an attorney To represent me in This Suit, I am requesting attorney Fees. I am Seeking The Termination OF all defendants Who are Found To have violated my CONSTITUTIONAL rights, and Never be permitted To Work For a State or Federal department again. Since I will be proceeding pro se, I ask That The Court direct Whatever Facility I'm in To permit me To make Free legal Calls, That I may gather evidence - information That I will require To proceed effectively With This case.

**JURY DEMAND** Yes ☒ No ☐

Signed this 3rd day of January, ~~19~~ 2003.

Benyahudah Whitfield
( *Signature of Plaintiff*)

| *Name of Plaintiff:* Benyahudah Whitfield | *Inmate Identification Number:* N74277 |
|---|---|
| *Address:* 2600 N. Brinton. Dixon, Ill 61021 | *Telephone Number:* |

Signed this 3rd day of January, 2003

Ben Whitfield

(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Ben Whitfield

Ben Whitfield
(Signature)

Subscribed and Sworn To before Me This 3rd OF Jan. 2003

Carole S. O'Neal
Notary Public

"OFFICIAL SEAL"
Carole S. O'Neal
Notary Public, State of Illinois
My Commission Exp. 05/21/2006